UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD D. YOUNG, E65018,<br>          Petitioner,<br>    v.<br>CHARLES SCHUYLER, Acting Warden,<br>          Respondent. | Case No. 24-cv-00032-SK  (PR)<br><br>**ORDER OF TRANSFER** |

      Petitioner seeks federal habeas review of a 1990 criminal conviction and life sentence from Solano County Superior Court, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b).  Petitioner is incarcerated at Salinas Valley State Prison in Monterey County, which lies within the venue of this Court.  See id. § 84(a).

      Venue is proper in a habeas action in either the district of confinement or the district of conviction and sentencing, see 28 U.S.C. § 2241(d); however, petitions challenging a conviction and/or sentence preferably are heard in the district of conviction and sentencing.  See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

      Because Solano County lies in the Eastern District of California, the Court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California.

      The clerk shall transfer this matter forthwith.

      **IT IS SO ORDERED**.

Dated: January 5, 2024

_____
SALLIE KIM
United States Magistrate Judge